```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 30822
   JUNENE D NORMAN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

      Debtor
   SSN XXX-XX-1960

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/19/2004 and was confirmed 11/18/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 09/09/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
BANK OF AMERICA NA        CURRENT MORTG       .00           .00             .00
BANK OF AMERICA NA        MORTGAGE ARRE   22358.63          .00        22358.63
AT & T BANKRUPCTY         UNSECURED         916.40          .00          916.40
PROVIDIAN                 UNSECURED       NOT FILED         .00             .00
ARROW FINANCIAL SERVICES  NOTICE ONLY    NOT FILED          .00             .00
AMERICASH LOANS LLC       UNSECURED         270.58          .00          270.58
INSTANT CASH ADVANCE      UNSECURED       NOT FILED         .00             .00
EHS TRINITY HOSPITAL      UNSECURED       NOT FILED         .00             .00
I C COLLECTION SERVICE    NOTICE ONLY    NOT FILED          .00             .00
PROTECTION ONE            UNSECURED         180.75          .00          180.75
PAYDAY LOAN STORE         UNSECURED       NOT FILED         .00             .00
PAYDAY LOAN STORE         UNSECURED       NOT FILED         .00             .00
ZENITH ACQUISITION CORP   UNSECURED         226.57          .00          226.57
ILLINOIS DEPT OF REVENUE  UNSECURED         1484.64         .00         1484.64
ILLINOIS DEPT OF REVENUE  PRIORITY          2789.17         .00         2789.17
CAVALRY PORTFOLIO SERVIC  FILED LATE         525.00         .00             .00
RONALD B LORSCH           DEBTOR ATTY      2,503.40                    2,503.40
TOM VAUGHN                TRUSTEE                                      1,912.86
DEBTOR REFUND             REFUND                                       1,681.00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             34,324.00

PRIORITY                                      2,789.17
SECURED                                      22,358.63
UNSECURED                                     3,078.94
ADMINISTRATIVE                                2,503.40
TRUSTEE COMPENSATION                          1,912.86
DEBTOR REFUND                                 1,681.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 30822 JUNENE D NORMAN
```

```
                                ---------------      ---------------
TOTALS                             34,324.00            34,324.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 12/22/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 04 B 30822 JUNENE D NORMAN
```